THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PETER THOMPSON, Appellant.

Argued April 19, 1937; decided April 27, 1937.

*Henry Hirschberg, District Attorney,* for motion.
*Henry Hunter* opposed.

Motion granted and appeal dismissed.